Petition for Writ of Mandamus Denied and Opinion filed May 22, 2003









Petition for Writ of Mandamus Denied and Opinion filed
May 22, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00580-CV

____________

 

IN RE PAUL ANTHONY COUZAN, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On May 19, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.  In his petition, relator
requests that we direct the judge of the 177th District Court of Harris County
to dismiss his appointed counsel and appoint new counsel.  Relator cites no
authority showing that mandamus relief is available for this purpose.

We deny relator=s petition for writ of mandamus.

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed May 22, 2003.

Panel consists of
Chief Justice Brister and Justices Fowler and Edelman.